PROB 35
(Rev 7/97)

Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
# NORTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                            Case No. 3:01-CR-350-R(01)

Manoj Kumar Prasad

On February 14, 2003, the above named was placed on inactive supervised release for a period of 3 years. Immigration documentation verifies the supervised releasee was deported from the United States on April 21, 2003.

It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

Sandra S. Opeka, Supervising
U.S. Probation Officer
(214) 753-2556

ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___4___ day of ___August___, 2005.

_____
UNITED STATES DISTRICT JUDGE